UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Stephen C. Trimble

CITATION / CASE NO. **5:05-cr-2 TAG**

*Judgment &*
**ORDER TO PAY**

SOCIAL SECURITY #: ~~[redacted]~~
DATE OF BIRTH: 12-27-85
DRIVER'S LICENSE #: D3384558
ADDRESS: ~~[redacted]~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 10/11/05      [signature]
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~/CASE NO: **5:05-cr-2 TAG**   FINE **200.00**   ASGMT. **10.00**
CITATION / CASE NO: ___   FINE ___   ASGMT. ___

(✓) **FINE TOTAL** of $ **200.00** and a penalty assessment of $ **10.00** within **30** (days)/~~months~~ or payments of $ ___ per month, commencing ___ and due on the ___ of each month until paid in full.
( ) **RESTITUTION** ___
( ) **COMMUNITY SERVICE** ___ with fees not to exceed $ ___
to be completed by ___ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** ___ with proof mailed to ___
(✓) **PROBATION** to be (unsupervised)/ ~~supervised~~ for: **7 months; terms to attend 12 Narcotics classes, file proof w/the Court, w/in 30 days,**
(✓) Count one of the Information is DISMISSED.
(✓) Compliance Hearing 5/11/2006 @ 10:30

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

~~CLERK, USDC
501 "I" St. #4200
Sacramento, CA 95814~~

**(CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721)** [circled]

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATE: 10/11/05      for: [signature]
                        U.S. MAGISTRATE JUDGE

Clerk's Office                           EDCA - 03 Rev 8/97